Jonathan V. O'Steen, Esq. – State Bar #024043
**O'STEEN & HARRISON, PLC**
300 W. Clarendon Ave., Suite 400
Phoenix, Arizona  85013-3424
(602) 252-8888
(602) 274-1209 FAX
josteen@vanosteen.com

William D. Marler, Esq. – WSBA #17233 (*Pro Hac Vice*)
**MARLER CLARK, L.L.P., P.S.**
1012 First Ave., Fifth Floor
Seattle, Washington  98104
(206) 346-1890
(206) 346-1898 FAX
bmarler@marlerclark.com
**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rosalie Styles,<br><br>                    Plaintiff,<br><br>v.<br><br>Red Lobster Hospitality, LLC, a Florida corporation,<br><br>                    Defendant. | NO. CV-18-01361-PHX-DGC<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>(Assigned to the Honorable David G. Campbell) |

Plaintiff, Rosalie Styles, by and through undersigned counsel, pursuant to FED.R.CIV.P. 41(a)(1)(A)(i), hereby dismisses the above-captioned case without prejudice, no *Answer* or other responsive pleading having been filed.

//

//

RESPECTFULLY SUBMITTED this 20th day of June 2018.

**O'STEEN & HARRISON, PLC**

_____
Jonathan V. O'Steen
300 W. Clarendon Ave., Suite 400
Phoenix, Arizona 85013-3424

**MARLER CLARK, L.L.P., P.S.**
William D. Marler

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

/s/ Jonathan V. O'Steen

c:\sync\clients\romaine\_clients\styles, rosalie\pleadings\notice of dismissal.doc